MAGAZINE PUBLISHERS, INC., Appellant, v. FRANK ARMER, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MAGAZINE PUBLISHERS, INC., Appellant, v. SAMUEL H. HUNTER, Respondent. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

WILLIAM F. MATTHIAS, Respondent, v. STUART, JAMES & COOKE, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CLARA ISENBERG SIELCKEN-SCHWARZ, Respondent, v. AMERICAN FACTORS, LIMITED, Appellant.— While we are of opinion that, upon the affidavits here presented, the complaint may not be dismissed either on the plea of res adjudicata or upon the Statute of Limitations, we deem it advisable to permit facts constituting such alleged defenses to be pleaded in the answer as requested by the appellant. The defense of the Statute of Limitations will raise issues of fact; and in our opinion the defense of res adjudicata should not be finally determined until there has also been a full adducement of the facts. In the event of a judgment in favor of the plaintiff, the defendant by this procedure will be enabled to review all questions in one complete record. Order of April 20, 1933, modified by granting defendant leave to answer within thirty days from service of order upon payment of twenty dollars costs and disbursements of appeal to the respondent, and as so modified affirmed. Appeal from order of May 3, 1933, dismissed. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

REGINA ZELNIKER, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

GUARDIAN CASUALTY COMPANY, Respondent, v. CENTRE TRUCKING CO., INC., Defendant, Impleaded with MILWAUKEE CRANE HOIST CORPORATION and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

IRENE HOLDING CORPORATION, Respondent, v. MADISON-FIFTY-NINTH STREET CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent, v. NORTHWAY HOLDING COMPANY, INC., Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LENA MENDELL, Appellant, v. VALERIE B. FELDMAN, Respondent.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that issues of fact were presented which should have been left to the jury. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

DORKINS REALTY CORPORATION, Respondent, v. INDEPENDENCE INDEMNITY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.